IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEROY DAGGETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>　　　　Defendants. | No. C 14-0459 LHK (PR)<br><br>ORDER OF TRANSFER |

　　　Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983.  The acts of which plaintiff complains occurred at California Institution for Men in Chino, California, and Mule Creek State Prison in Plymouth, California.  However, plaintiff's complaint appears only to discuss events occurring in Chino.  Chino is found within the county of San Bernardino, which located in the Central District of California.  Therefore, venue properly lies in the Central District.  *See* 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1406(a).  The clerk shall terminate all pending motions and transfer the entire file to the Central District of California.

　　　IT IS SO ORDERED.

DATED: 5/19/14

　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Transfer
P:\PRO-SE\LHK\CR.14\Daggett459trans.wpd